UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARJORIE EVELYN BERRELL : CHAPTER 13
       Debtor : 
        : 
       JACK N. ZAHAROPOULOS : 
       STANDING CHAPTER 13 TRUSTEE : 
       Movant : 
        : 
       vs. : 
        : 
       MARJORIE EVELYN BERRELL : 
       Respondent : CASE NO.   1-23-bk-02142

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   26th   day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a.   Need Credit Report.

2.   The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a.   Non-standard provisions violate the Bankruptcy Code §502(i).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.   Deny confirmation of debtor(s) plan.
    b.   Dismiss or convert debtor(s) case.
    c.   Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/Douglas R. Roeder
          Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 6th day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

       /s/Deborah A. DePalma
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee