IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
**Marjorie Evelyn Berrell**,  
   Debtor

Chapter 13

CASE NO: 1:23-bk-02142-HWV

## MOTION FOR WAGE ATTACHMENT

**AND NOW,** the Debtor, Marjorie Evelyn Berrell, by and through counsel, Dawn M. Cutaia, respectfully represents:

1. The Debtor filed a Chapter 13 Petition on September 9, 2023.

2. The Debtor receives regular income from employment with South Eastern School District, which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.

3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: 1/6/25

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**  
**Attorney for Debtor**  
**Fresh Start Law, PLLC**  
Supreme Court ID 77965  
Attorney for Debtor  
717-304-1841  
dmcutaia@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Marjorie Evelyn Berrell**,
   Debtor

Chapter 13

CASE NO: 1:23-bk-02142-HWV

### ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:** South Eastern School District
377 Main St.
Fawn Grove, PA 17321

**Shall deduct from Marjorie Evelyn Berrell's income the sum of $289.03 each bi-weekly pay**, beginning as soon as practicable upon receipt of the Order but no later than the first pay in February, 2025**,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

    By the Court