# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARJORIE EVELYN BERRELL | CASE NO: 23-02142<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/28/2025, I did cause a copy of the following documents, described below,

Marjorie Evelyn Berrell Mot to Mod, 3rd Amended plan, Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2025

/s/ Dawn Cutaia
Dawn Cutaia  77965

Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404
717 718 5199
dmcutaia@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARJORIE EVELYN BERRELL

CASE NO: 23-02142

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 7/28/2025, a copy of the following documents, described below,

Marjorie Evelyn Berrell Mot to Mod, 3rd Amended plan, Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-02142
MIDDLE DISTRICT OF PENNSYLVANIA
MON JUL 28 9-3-3 PST 2025

EXCLUDE
~~(U)BANK OF AMERICA NA~~

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

EXCLUDE
~~(D)BANK OF AMERICA NA~~
~~PO BOX 31785~~
~~TAMPA FL 33631-3785~~

EXCLUDE
~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BANKAMERICA
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO 15298
WILMINGTON DE 19850-5298

CITI CARDBEST BUY
ATTN CITICORP CR SRVS CENTRALIZED BANKR
PO BOX 790040
ST LOUIS MO 63179-0040

CITIBANKSEARS
ATTN CENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS MO 63179-0040

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS MO 63179-0040

COMENITYCOSMO PROF
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MT BANK
PO BOX 1508
BUFFALO NY 14240

MEDSTAR HEALTH
PO BOX 1123
MINNEAPOLIS MN 55440-1123

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

EXCLUDE
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG PA 17102-1104~~

Case 1:23-bk-02142-HWV    Doc 47    Filed 07/28/25    Entered 07/28/25 12:07:12    Desc
Main Document    Page 3 of 4

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK COUNTY TAX CLAIM BUREAU<br>28 E MARKET STREET<br>YORK PA 17401-1501 |
| ~~EXCLUDE~~<br>~~DAWN MARIE CUTAIA~~<br>~~FRESH START LAW PLLC~~<br>~~1701 WEST MARKET STREET~~<br>~~YORK PA 17404-5465~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~MARJORIE EVELYN BERRELL~~<br>~~PO BOX 93~~<br>~~FAWN GROVE PA 17321-0093~~ |