UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     MARJORIE EVELYN BERRELL, | : |
|         Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| MARJORIE EVELYN BERRELL, | : |
|         Respondent | : CASE NO. 1-23-bk-02142-HWV |

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of August 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Trustee avers that Debtor's Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The Plan is ambiguous as to the term. Plan payments started in November 2023 and must end by October 2028.

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

   a. Debtor has not provided Trustee with paystubs for the month of July 2025.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

      Respectfully submitted:

      Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
      Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 12th day of August 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

                                                   /s/ Derek M. Strouphauer, Paralegal
                                                   Office of Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee