UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    MARJORIE EVELYN BERRELL | :   CHAPTER 13 |
|       Debtor(s) | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| CHAPTER 13 TRUSTEE, | : |
|       Movant | : |
| | : |
|    vs. | : |
| | : |
| MARJORIE EVELYN BERRELL | : |
|       Respondent(s) | :   CASE NO. 1:23-02142-HWV |

### TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

2. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Pay stubs for the month of September 2025.

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtor(s)' Plan;
   b. dismiss or convert Debtor(s)' case; and
   c. provide such other relief as is equitable and just.

Dated: October 27, 2025

                                                Respectfully submitted:

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                (717) 566-6097

                                    BY:   /s/ Douglas R. Roeder, Esquire
                                                      Attorney for Trustee

CERTIFICATE OF SERVICE

   I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

 Dawn Marie Cutaia, Esquire
 Fresh Start Law, PLLC
 1701 West Market Street
 York, PA 17404

Dated: October 27, 2025

              /s/ Matthew Harnsberger, Legal Assistant
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee