**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Marjorie Evelyn Berrell**,
   Debtor

Chapter 13

CASE NO: 1:23-bk-02142-HWV

### AMENDED MOTION FOR WAGE ATTACHMENT

   **AND NOW,** the Debtor, Marjorie Evelyn Berrell, by and through counsel, Dawn M. Cutaia,

respectfully represents:

1.    The Debtor filed a Chapter 13 Petition on September 9, 2023.

2.    The Debtor receives regular income from employment with South Eastern School District, which

may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.

3.    Debtor filed a Motion for Wage Attachment on January 6, 2025, which was granted on the same

day.

4.    Debtor's monthly plan payment has changed and this amended motion reflects the new amount.

5.    The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

   **WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the

above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: 3/26/25

Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
**Attorney for Debtor**
**Fresh Start Law, PLLC**
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Marjorie Evelyn Berrell**,
    Debtor

Chapter 13

CASE NO: 1:23-bk-02142-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:** South Eastern School District
377 Main St.
Fawn Grove, PA 17321

**Shall deduct from Marjorie Evelyn Berrell's income the sum of $723.35 each bi-weekly pay**, beginning as soon as practicable upon receipt of the Order but no later than the first pay in March, 2025, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

**By the Court**