United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Marjorie Evelyn Berrell
    Debtor

Case No. 23-02142-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1

Date Rcvd: Mar 26, 2026      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID**      **Recipient Name and Address**
     + South Eastern School District, 377 Main St., Fawn Grove, PA 17321-9514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Marjorie Evelyn Berrell dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Matthew K. Fissel | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Marjorie Evelyn Berrell**,
  Debtor

Chapter 13

CASE NO: 1:23-bk-02142-HWV

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13

of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in

accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:** South Eastern School District
377 Main St.
Fawn Grove, PA  17321

**Shall deduct from Marjorie Evelyn Berrell's income the sum of $723.35 each bi-weekly pay**,

beginning as soon as practicable upon receipt of the Order but no later than the first pay in March, 2025,

and deduct this same amount each pay thereafter, including any period from which the Debtor receives a

periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above

Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the

above-captioned case number on the face of the check.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 26, 2026